| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Alvaro O. Britto<br>Lillian M. Britto<br><br><br>Debtor(s) | Case No.: 20-16511 / MBK<br><br>Chapter 13<br><br>Hearing Date: 8/4/20 at 10:00AM<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION OF THE PLAN**

**Albert Russo,** the Standing Chapter 13 Trustee, hereby objects to  for the following reasons:

1. The certification of service for the plan lien avoidance of FCI Lender Services/VAK M100 Fund on the second Mortgage  served  the creditor at the payment address per their proof of claim #10-1. Needs Amended proof of Service  on creditor to the address for notices per the proof of claim. There are 2 different addresses therefore it is unclear if this creditor received notice on plan proposed plan treatment of their claim.

Dated:  July 22, 2020

/s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By:  Mary Krieger, Staff Attorney