| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>VAK M100 Fund, LLC | **Order Filed on January 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Alvaro O. Britto, Lillian M. Britto<br><br>Debtors. | Case No.: 20-16511 MBK<br>Adv. No.:<br>Hearing Date: 7/14/2020 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:     Alvaro O. Britto, Lillian M. Britto
Case No.:    20-16511 MBK
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VAK M100 Fund, LLC, holder of a mortgage on real property located at 44 Roseberry Street, Phillipsburg, NJ 08865, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steve F. Dunbar, Esquire, attorney for Debtors, Alvaro O. Britto and Lillian M. Britto, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim will be treated outside the plan in accordance with the terms of the loan modification negotiated to resolve the proposed cram down; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the stay is vacated only for the limited purpose of allowing the recording of the loan modification; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.