| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>VAK M100 Fund, LLC | Order Filed on January 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Alvaro O. Britto, Lillian M. Britto<br><br>Debtors. | Case No.: 20-16511 MBK<br>Adv. No.:<br>Hearing Date: 7/14/2020 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:      Alvaro O. Britto, Lillian M. Britto
Case No.:     20-16511 MBK
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VAK M100 Fund, LLC, holder of a mortgage on real property located at 44 Roseberry Street, Phillipsburg, NJ 08865, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steve F. Dunbar, Esquire, attorney for Debtors, Alvaro O. Britto and Lillian M. Britto, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim will be treated outside the plan in accordance with the terms of the loan modification negotiated to resolve the proposed cram down; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the stay is vacated only for the limited purpose of allowing the recording of the loan modification; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16511-MBK |
| Alvaro O. Britto | Chapter 13 |
| Lillian M. Britto | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alvaro O. Britto, Lillian M. Britto, 44 Roseberry Street, Phillipsburg, NJ 08865-1628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor VAK M100 Fund LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com informationathnk@aol.com |
| Steve F. Dunbar | on behalf of Joint Debtor Lillian M. Britto dunbarlaw@enter.net r40333@notify.bestcase.com |
| Steve F. Dunbar | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Alvaro O. Britto dunbarlaw@enter.net r40333@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7