STEVEN DUNBAR ESQ.
ATTORNEY AT LAW
104 South Main Street
Phillipsburg NJ 08865
Attorney for Debtors
(908) 454-0074
Fax (908) 454-6540

**Order Filed on March 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Alvaro O. Britto | Chapter 13 Bankruptcy |
| And Lillian M. Britto | Case No. 20-16511 |
|  | Judge Michael B. Kaplan |
| Debtors. |  |

## ORDER APPROVING MORTGAGE LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED

**DATED: March 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtors:     Alvaro O. Britto and Lillian M. Britto
Case No.:  20-16511-MBK
Caption of Order:  Order Approving Mortgage Loan Modification

THIS MATTER having been opened to the Court upon the Motion of the Debtors, for an Order approving a mortgage loan modification, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The Mortgage Loan Modification dated January 8, 2021 is hereby APPROVED.

2. A copy of this Order shall be served upon the Debtors, the Chapter 13 Trustee and all creditors and appearing parties within 5 days of the date hereof.