UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Alvaro O. Britto and Lillian M. Britto

Case No.: 20-16511

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

### CONSENT ORDER REGARDING PROOF OF CLAIM OF WELLS FARGO BANK, N.A.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Steven F. Dunbar<br>Attorney at Law<br>104 South Main Street<br>Phillipsburg NJ 08865<br>dunbarlaw@enter.net<br>Attorney for Debtors | | |
| In Re:<br><br>Alvaro Britto and Lillian M. Britto | Case No.: | 20-16511MBK |
| | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

## CAPTION OF ORDER

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

In Re: Alvaro Britto
And Lillian M. Britto
Case No.: 20-16511
Page 2

1. Debtors filed for relief under Chapter 13 of the Federal Bankruptcy Code on or about May 13, 2020.

2. Creditor, Wells Fargo Bank, N.A. filed a Proof of Claim on May 19, 2020. That proof of claim is marked as Claim #4 in the claims register. The proof of claim indicates that the amount of the loan is $15,479.08. Furthermore, the interest rate on the loan is 7.99%.

3. Debtors have proposed a modified Chapter 13 Bankruptcy Plan calling for Creditor, Wells Fargo Bank, N.A., to receive the $15,479.08 stated in their claim and to repay that over the life of the Bankruptcy Plan, with 7.99% rate of interest for a total interest payment of $3,489.61.

4. Wells Fargo Bank, N. A. accepts the proposed payment plan and will receive the proposed payments from the Trustee in satisfaction of their claim.

_____
Representative of Wells Fargo Bank, N.A.

Dated: 2-17-2021

_____
Steven F. Dunbar, Esq.
Attorney for Debtors

Dated: 2/4/21