Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−16511−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alvaro O. Britto | Lillian M. Britto |
| 44 Roseberry Street | 44 Roseberry Street |
| Phillipsburg, NJ 08865 | Phillipsburg, NJ 08865 |

Social Security No.:
  xxx−xx−4903                                  xxx−xx−8684

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 18, 2021.

Dated: March 18, 2021
JAN: wir

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alvaro O. Britto  
Lillian M. Britto  
    Debtors

Case No. 20-16511-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 18, 2021 | Form ID: plncf13 | Total Noticed: 53 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alvaro O. Britto, Lillian M. Britto, 44 Roseberry Street, Phillipsburg, NJ 08865-1628 |
| 518834008 | | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 518862289 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518834009 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518885110 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518866982 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518834022 | | FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 518860540 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518834025 | | Medallion Bank, 4315 Pickett Road, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 518834026 | + | Milford-Frenchtown Auto Parts, 1002 Milford-Frenchtown Road, Milford, NJ 08848-2237 |
| 518834027 | + | Ms. Betty J. Kocsis, 1102 North Kiowa Street, Allentown, PA 18109-3365 |
| 518834028 | | NewRez, c/o PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 518890250 | | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518834031 | + | RAS Citron Law Offices, 130 clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518834032 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518839214 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 518834033 | + | Snap-On Tools, 850 Callowhill Road, Perkasie, PA 18944-3328 |
| 518839827 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518873072 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518843590 | + | U.S. Bank National Association, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518866860 | + | VAK M100 Fund, LLC, 224 E. Jericho Turnpike, South Huntington, NY 11746-7304 |
| 518834040 | | Wells Fargo Bank, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 518842730 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2021 22:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2021 22:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518834006 | + | Email/Text: backoffice@affirm.com | Mar 18 2021 22:09:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518834007 | | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2021 22:07:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 518862948 | | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2021 22:07:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518834012 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 20-16511-MBK    Doc 61    Filed 03/20/21    Entered 03/21/21 00:15:53    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| ID | | Email Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 18 2021 21:42:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518861895 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 18 2021 21:43:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518861921 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 18 2021 21:36:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518834016 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 21:42:04 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:36:50 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518834019 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:36:51 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518896182 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:43:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518834020 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:31:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518834021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:43:25 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518890366 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 22:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518834023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 21:31:36 | Home Depot Credit Services, PO Box 790345, Saint Louis, MO 63179-0345 |
| 518834017 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 18 2021 21:30:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518834024 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2021 22:07:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518896672 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 21:42:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518834029 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2021 22:07:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518903122 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 21:30:50 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518881441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 21:42:26 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518902877 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 21:30:50 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518834034 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 21:30:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518891259 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 21:30:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518834035 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 21:41:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518834036 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 21:41:36 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518834037 | + | Email/Text: bankruptcysst@alorica.com | Mar 18 2021 22:07:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518896527 | + | Email/Text: bankruptcysst@alorica.com | Mar 18 2021 22:07:00 | Systems & Services Technologies, Inc., 4315 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 518834038 | | Email/Text: bankruptcy@td.com | | Pickett Road, Bankruptcy Department, St. Joseph, MO 64503-1600 |
| | | | Mar 18 2021 22:08:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518834010 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518834011 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518834013 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834014 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834015 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834030 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518834039 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor VAK M100 Fund LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com informationathnk@aol.com |
| Steve F. Dunbar | on behalf of Joint Debtor Lillian M. Britto dunbarlaw@enter.net r40333@notify.bestcase.com |
| Steve F. Dunbar | on behalf of Debtor Alvaro O. Britto dunbarlaw@enter.net r40333@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Mar 18, 2021 Form ID: plncf13 Total Noticed: 53

TOTAL: 7