rev:8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

LILIAN M.BRITTO
44 ROSEBERRY STREET
PHILLIPSBURG NJ 08865

Case No.:        20-16511/MEH

Chapter:         13

Judge:           HALL

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, LILIAN M. BRITTO _____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _05 - 20-2025_

_Lilian Britto_
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**