| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Alvaro O. Britto | Social Security number or ITIN   xxx–xx–4903 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lillian M. Britto | Social Security number or ITIN   xxx–xx–8684 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  20–16511–MEH | | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Alvaro O. Britto                          Lillian M. Britto

    9/25/25                               **By the court:** <u>Mark Edward Hall</u>
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16511-MEH |
| Alvaro O. Britto | Chapter 13 |
| Lillian M. Britto | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alvaro O. Britto, Lillian M. Britto, 44 Roseberry Street, Phillipsburg, NJ 08865-1628 |
| 518834026 | + | Milford-Frenchtown Auto Parts, 1002 Milford-Frenchtown Road, Milford, NJ 08848-2237 |
| 518834027 | + | Ms. Betty J. Kocsis, 1102 North Kiowa Street, Allentown, PA 18109-3365 |
| 518834033 | + | Snap-On Tools, 850 Callowhill Road, Perkasie, PA 18944-3328 |
| 518839827 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518866860 | + | VAK M100 Fund, LLC, 224 E. Jericho Turnpike, South Huntington, NY 11746-7304 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518834006 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2025 21:10:14 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518834007 | | EDI: GMACFS.COM | Sep 26 2025 00:45:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 518862948 | | EDI: GMACFS.COM | Sep 26 2025 00:45:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518834008 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 11:02:32 | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 518862289 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 21:10:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518834009 | + | EDI: BANKAMER | Sep 26 2025 00:45:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518885110 | + | EDI: BANKAMER2 | Sep 26 2025 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518834012 | + | EDI: CAPITALONE.COM | Sep 26 2025 00:45:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518861895 | + | EDI: AIS.COM | Sep 26 2025 00:45:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518861921 | + | EDI: AIS.COM | Sep 26 2025 00:45:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518834016 | + | EDI: CAPITALONE.COM | | |

Case 20-16511-MEH   Doc 85   Filed 09/27/25   Entered 09/28/25 00:15:19   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 26 2025 00:45:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518866982 | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 21:11:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518834017 | + EDI: JPMORGANCHASE | Sep 26 2025 00:45:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518834018 | + EDI: CITICORP | Sep 26 2025 00:45:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518834019 | EDI: CITICORP | Sep 26 2025 00:45:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518896182 | EDI: CITICORP | Sep 26 2025 00:45:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518834020 | + EDI: CITICORP | Sep 26 2025 00:45:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518834021 | EDI: CITICORP | Sep 26 2025 00:45:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518890366 | EDI: Q3G.COM | Sep 26 2025 00:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518834022 | Email/Text: LMitchell@myfci.com | Sep 25 2025 20:54:55 | FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 518834023 | + EDI: CITICORP | Sep 26 2025 00:45:00 | Home Depot Credit Services, PO Box 790345, Saint Louis, MO 63179-0345 |
| 518860540 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 25 2025 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518834024 | + EDI: CAPITALONE.COM | Sep 26 2025 00:45:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518896672 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518834025 | ^ MEBN | Sep 25 2025 20:52:27 | Medallion Bank, 4315 Pickett Road, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 518834028 | ^ MEBN | Sep 25 2025 20:53:54 | NewRez, c/o PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519847511 | + EDI: LCIPHHMRGT | Sep 26 2025 00:45:00 | PHH Mortgage Corp, PO Box 24781, ATTN: SV 19, West Palm Beach, FL 33416-4781 |
| 518890250 | EDI: LCIPHHMRGT | Sep 26 2025 00:45:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518834029 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 25 2025 20:53:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519770075 | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519770076 | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518903122 | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518881441 | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

Case 20-16511-MEH    Doc 85    Filed 09/27/25    Entered 09/28/25 00:15:19    Desc Imaged
                       Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518902877 | | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518834031 | + | Email/Text: RASEBN@raslg.com | Sep 25 2025 20:53:00 | RAS Citron Law Offices, 130 clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518834032 | ^ | MEBN | Sep 25 2025 20:49:12 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518839214 | | Email/Text: legalservices12@snaponcredit.com | Sep 25 2025 20:54:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 518834034 | + | EDI: SYNC | Sep 26 2025 00:45:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518891259 | ^ | MEBN | Sep 25 2025 20:51:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518834035 | + | EDI: SYNC | Sep 26 2025 00:45:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518834036 | + | EDI: SYNC | Sep 26 2025 00:45:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518834037 | + | Email/Text: bankruptcysst@alorica.com | Sep 25 2025 20:53:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518896527 | + | Email/Text: bankruptcysst@alorica.com | Sep 25 2025 20:53:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, Bankruptcy Department, St. Joseph, MO 64503-1600 |
| 518834038 | | EDI: TDBANKNORTH.COM | Sep 26 2025 00:45:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518873072 | + | EDI: CBSTDR | Sep 26 2025 00:45:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518843590 | + | Email/Text: RASEBN@raslg.com | Sep 25 2025 20:53:00 | U.S. Bank National Association, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518834040 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 26 2025 01:22:02 | Wells Fargo Bank, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 518842730 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 26 2025 01:20:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, POB 51963, Los Angeles, CA 90051-6263 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518834010 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518834011 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518834013 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834014 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834015 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518834030 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518834039 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor VAK M100 Fund LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| Scott M. Wilhelm | on behalf of Debtor Alvaro O. Britto wilhelms@wwgrlaw.com  jenniferc@wwgrlaw.com |
| Scott M. Wilhelm | on behalf of Joint Debtor Lillian M. Britto wilhelms@wwgrlaw.com  jenniferc@wwgrlaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| Steve F. Dunbar | on behalf of Joint Debtor Lillian M. Britto dunbarlaw@enter.net  r40333@notify.bestcase.com |
| Steve F. Dunbar | on behalf of Debtor Alvaro O. Britto dunbarlaw@enter.net  r40333@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10